IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02712-BNB

EVA SILVA,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY, U.S. Social Security Administration,

    Defendant.

## ORDER DRAWING CASE

After review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be placed on the AP docket. Accordingly, it is

ORDERED that this case shall be placed on the AP docket.

DATED October 16, 2012, at Denver, Colorado.

                              BY THE COURT:

                              s/ Boyd N. Boland
                              United States Magistrate Judge