**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02712-AP

EVA SILVA,

    Plaintiff,

v.

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Joseph A. Whitcomb, Esq.
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
Telephone:  (303) 534-1954
joe@RMDLG.com

<u>For Defendant</u>:
JOHN  F. WALSH
United States Attorney
J. BENEDICT. GARCIA
Assistant United States Attorney

M. THAYNE WARNER
Special Assistant United States Attorney
Assistant Regional Counsel
Office of the General Counsel
Social Security Administration
1001 Seventeenth Street
Denver, Colorado 80202
(303) 844-7237
thayne.warner@ssa.gov

1

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

| | | |
|---|---|---|
| A. | Date Complaint Was Filed: | February 8, 2013 |
| B. | Date Complaint Was Served on U.S. Attorney's Office: | February 13, 2013 |
| C. | Date Answer and Administrative Record Were Filed: | April 15, 2013 |

**4.     STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

Plaintiff has raised an issue regarding whether the record is complete. Defendant is investigating this issue.

**5.     STATEMENT REGARDING ADDITIONAL EVIDENCE**

See response to #4, above.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case raises unusual claims or defenses. Plaintiff has raised an issue regarding the application of res judicata to her claim for disability insurance benefits.

**7. OTHER MATTERS**

This case is not on appeal from a decision issued on remand from this court.

**8. BRIEFING SCHEDULE**

| | | |
|---|---|---|
| A. | Plaintiff's Opening Brief Due: | June 17, 2013 |
| B. | Defendant's Response Brief Due: | July 17, 2013 |
| C. | Plaintiff's Reply Brief (If Any) Due: | August 1, 2013 |

As discussed above, Plaintiff has raised an issue regarding whether the record is complete. In the event a supplement to the record is necessary, and depending on when that supplement to the record is received, the proposed schedule may need to be modified.

**9. STATEMENTS REGARDING ORAL ARGUMENT**

A. Plaintiff's Statement: Plaintiff does not request oral argument.
B. Defendant's Statement: Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    (  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    ( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED this 7th day of May, 2013.

BY THE COURT:

  *s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| /s/   Joseph Whitcomb<br>Joseph A. Whitcomb, Esq.<br>Rocky Mountain Disability Law Group<br>1391 Speer Blvd., Suite 705<br>Denver, CO 80204<br>Telephone:  (303) 534-1954<br>joe@RMDLG.com | JOHN  F. WALSH<br>United States Attorney<br>J. BENEDICT. GARCIA<br>Assistant United States Attorney<br><br>/s/    M. Thayne Warner<br>M. THAYNE WARNER<br>Special Assistant United States Attorney<br>Assistant Regional Counsel<br>Office of the General Counsel<br>Social Security Administration<br>1001 Seventeenth Street<br>Denver, Colorado 80202<br>(303) 844-7237<br>thayne.warner@ssa.gov |