**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-02712-CMA

EVA SILVA

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming ALJ'S Decision Denying Social Security Benefits of Judge Christine M. Arguello entered on January 15, 2014, it is

ORDERED that this action was decided by Judge Christine M. Arguello on Plaintiff's EVA SILVA Social Security Appeal.  The Court has ordered that the decision of the administrative Law Judge is affirmed. Each party shall bear its own costs and attorney fees.

    Dated at Denver, Colorado this 15th day of January, 2014.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

                        s/Sandra Hartmann

                        Sandra Hartmann
                        Deputy Clerk